UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSE M. JONES,

          Plaintiff,

                                        Civil Action No. 08-1018

    v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.                      **STIPULATION OF DISMISSAL**
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to the above entitled action, that plaintiff's complaint be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party hereto agrees that this dismissal is without costs. Plaintiff further agrees that no further suit will be instituted for the same cause of action which she has asserted herein, or for any other cause of action arising out of the incident which gave rise to this lawsuit.

IT IS on this 20th day of May 2009;

**ORDERED** that this matter be, and the same hereby is, dismissed with prejudice.

                                                     _____
                                                     Frederick J. Scullin, Jr., District Judge
                        Senior United States District Court

2

The undersigned hereby consent to the form and entry of the within order.

                        ANDREW T. BAXTER
                        Acting United States Attorney

By:      /s/
           Kimberly L. Schiro
           Special Assistant U.S. Attorney

By:      /s/
           Peter Antonowicz
           Attorneys for Plaintiff